# United States Bankruptcy Court
## District of Massachusetts

In re  GlassHouse Technologies, Inc.

Debtor(s)

Case No. _____

Chapter  7

# VERIFICATION OF CREDITOR MATRIX

I, Stephen Sharp, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  June 16, 2014

/s/ Stephen Sharp
**Stephen Sharp/CEO**
Signer/Title

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108


Commonwealth of Massachusetts
Division of Employment & Training
Attention: Chief Counsel
Hurley Building - Government Center
Boston, MA 02114


Carmen M. Ortiz, U.S. Attorney
U.S. Court House, Suite 9200
One Court House Way
Boston, MA 02210


Office of the US Trustee
5 Post Office Square
Suite 1000
Boston, MA 02109-3934


Securities and Exchange Commission
Boston District Office
33 Arch Street
23rd Floor
Boston, MA 02110


Securities & Exchange Commission
450 Fifth Street, NW
Washington, DC 20549


Internal Revenue Service
James Spinale, MS 20800
JFK Federal Building
PO Box 9112
Boston, MA 02203


Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Accountemps
60 Temple Place
3rd Floor
Boston, MA 02111

Adam Rose
2091 Timber Ridge Drive
Frisco, TX 75034


American Express
300 S. Riverside Plaza, 9th Floor
REMIT PROS CTR
Chicago, IL 60606


AnswerMTI
1995 Drachten Dr SE
Atlanta, GA 30339


APTARE Incorporated
1359 Dell Avenue
Campbell, CA 95008


AT&T
P.O. Box 78522
Phoenix, AZ 85062


Autonomy Inc.
PO BOx 8374
Pasadena, CA 91109-8374


BDO
Two International Place
Fourth Floor
Boston, MA 02110


BDO Canada LLP
201-252 Pall Mall Street
London
Ontario N6A 5P6
CANADA


Bob Davoli, Sigma Partners
20 Custom House Street
Suite 830
Boston, MA 02110


BOOMI
801 Cassatt Road
Suite 111
Berwyn, PA 19312

BostonBean
23 Draper Street
Woburn, MA 01801


Box Inc.
4440 El Camino Real
Los Altos, CA 94022


CA, Inc.
 1 Computer Associates Plaza
Islandia, NY 11749


CDW Direct
200 N Milwaukee Avenue
Vernon Hills, IL 60061


Charley Lax, Grandbanks Capital
65 William Street
Suite 330
Wellesley Hills, MA 02481


Colin Bryant, Paladin
2020 K Street NW
Suite 400
Washington, DC 20006


Compuware Corporation
404 Wyman Street
Suite 500
Waltham, MA 02451


Corporate Executive Board
1919 North Lynn Street
Arlington, VA 22209


CT Corporation System
Boston Corporate Service Center
155 Federal Street
Suite 700
Boston, MA 02110


Dell Business Credit
Dept. 50-029235846
Des Moines, IA 50368-9020

Dell Perot Systems
David Taywick
Corporate Development
2300 W. Plano Parkway
Plano, TX 75075


Digital Warehouse USA, Inc.
989 Avenue of the Americas
New York, NY 10018


DLA Piper LLP
33 Arch Street
26th Floor
Boston, MA 02110


DLG Results
8 West Street
Worcester, MA 01609


FedEx
U.S. Collections Dept.
PO Box 371461
Pittsburgh, PA 15250


Fenway Consulting Group, LLC
3 Newton Executive Park
Suite 106
Newton Lower Falls, MA 02462


Ferris Capital, LLC
325 Donald Lynch Boulevard
Suite 200
Marlborough, MA 01752


Food Express, Inc.
521 N. First Avenue
Arcadia, CA 91006


Gartner Inc.
56 Top Gallant Road
Stamford, CT 06902

Globespan Capital Partners
Attn: David Poltack
One Boston Place
Suite 2810
Boston, MA 02108


Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146


GTC Law Group LLC & Affiliates
400 Blue Hill Drive
Suite 2
Westwood, MA 02090


Gunderson Dettmer
One Marina Park Drive
Suite 900
Boston, MA 02210


Hamilton, Brook, Smith & Reynolds, P.C.
155 Seaport Boulevard
Boston, MA 02210


Health Equity Inc.
15 W. Scenic Pointe Drive
Suite 100
Draper, UT 84020


IntraLinks, Inc.
The Schrafft Center
529 Main Street
Charlestown, MA 02129


Jay Seaton
14 Mitchell Grant Way
Bedford, MA 01730


Jeff Wakely
22 Bretts Farm Road
Norfolk, MA 02056


Jeff Wakey
22 Bretts Farm Road
Norfolk, MA 02056

KimRuch Consulting, LLC
10460 Dexter Court
Powell, OH 43065


King & Bishop
333 Wyman Street
Suite 175
Waltham, MA 02451


Knight's Airport Limousine Service Inc.
390 Hartford Turnpike
Shrewsbury, MA 01545


Leon Cosgrove, LLC
255 Alhambra Circle
Suite 424
Miami, FL 33134


Leslie Creedy
1 State Street
Suite 1125
Boston, MA 02109


Lou Volpe, Kodiak Ventures
80 William Street
Wellesley Hills, MA 02481


M Law Group


MacGregor American, LLC
c/o Capital Associates
1255 Crescent Green
Suite 300
Cary, NC 27518


March Communications
226 Causeway Street
Boston, MA 02114


Mark Chiplock
5 Wildebrook Road
Medway, MA 02053

Marsh USA, Inc.
99 High Street
Boston, MA 02110


MG Capital Maintenance, Inc.
110D Pheasant Wood Ct
Morrisville, NC 27560


Michael R. Rooney
34 Westland Avenue
Westwood, MA 02090


Minuteman Press of Marlboro
286 W Main Street
Marlborough, MA 01752


Monster WorldWide, Inc.
133 Boston Post Road
Weston, MA 02493


NCR Corporation
3097 SATELLITE BLVD
Duluth, GA 30096-1242


NCR Francs S.N.C.
11 rue du Chemin des Femmes
Massy Cedex
Massy, 91749
FRANCE


NCR Limited
206 Marylebone Road
London, NW1 6LY
UK


Nimsoft Inc.
724 Whalers Way # I200
Fort Collins, CO 80525


Paetec
230 Congress Street
Boston, MA 02110

Phaedrus Technologies Ltd.
317 West 100th Street
Suite 1R
New York, NY 10025


Piedmont Air Conditioning
616 Manufacturers Road
Greensboro, NC 27406


Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY


Poland Spring
PO Box 856192
Louisville, KY 40285


Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


Rene Gamache
G Tech Knowledge Inc.
219 Graham Place, Sherwood Park
Alberta T8A 3N8
CANADA


Robert Bongi
6 Rockland Road
Westborough, MA 01581


Robert McMahon



Salesforce.com
470 Atlantic Avenue
4th Floor
Boston, MA 02210


Sedgwick Claims Management
P.O. Box 171865
Memphis, TN 38187-1865

Servicenow, Inc.
300 Fifth Avenue
Waltham, MA 02451


Steve Sharp
31 Brooks Street
Winchester, MA 01890


Stowe & Degon LLC
95A Turnpike Road
Westborough, MA 01581


Strategic Placement Services
890 Winter Street
Suite 180
Waltham, MA 02451-1490


Sunil Mangam
2207 Concord Pike 161
Wilmington, DE 19803


The Hartford
One Hartford Plaza
Hartford, CT 06155


TM Capital Corp.
200 Clarendon Street
Boston, MA 02116


Truescreen, Inc.
251 Veterans Way
Warminster, PA 18974


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170


UST-GEPT Joint Venture, L.P.
c/o MB Real Estate Services, LLC
500 West Madison Street
Suite 300
Chicago, IL 60661

Verizon
P.O. Box 28007
Lehigh Valley, PA 16002


Verizon Business
24977 Network Place
Chicago, IL 60673-1249


W.B. Mason
P.O. Box 981101
Boston, MA 02298-1101


Wellington Financial
333 Bay Street, Suite 1620
Toronto Ontario M5H 2RS
CANADA


Western Equipment Finance
503 Highway 2 West
Devils Lake, ND 58301


Xynergy Commercial Capital LLC
1451 W Cypress Creek Road
Suite 201
Fort Lauderdale, FL 33309