Case 14-41352    Doc 4    Filed 06/17/14    Entered 06/17/14 09:27:59    Desc Main
Document    Page 1 of 1

# Certificate of Notice

District/Off: 0101-4          User: lladue                        Date printed: 6/17/2014
Case: 14-41352                Form ID: oupdtch7   Total: 1

db  GlassHouse Technologies, Inc.  352 Turnpike Road  Southborough, MA 01772