B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of Massachusetts

In re  GlassHouse Technologies, Inc. _____,    Case No. __14-41352 (MSH)__

_____ Debtor

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 798,880.92 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 1,276,188.92 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 40,789,690.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 798,880.92 | | |
| Total Liabilities | | | | 54,565,879.11 | |

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of Massachusetts

In re    GlassHouse Technologies, Inc. _____,

                            Debtor

Case No. ___14-41352 (MSH)___

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    GlassHouse Technologies, Inc.                                                        Case No.    14-41352 (MSH)
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    GlassHouse Technologies, Inc.                                    Case No.    14-41352 (MSH)
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating account with Bridge Bank seized by secured creditor Wellington Financial on 5/2/2014 $26,306 (est. as of 5/2/2014) | - | 26,306.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Various (See Attachment) | - | 91,583.92 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Various (See Attachment) | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                            Sub-Total >        117,889.92
                                                        (Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   GlassHouse Technologies, Inc.                                        Case No.    14-41352 (MSH)
                                                                     ,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable being liquidated by secured creditor Wellington Financial $604,523 (est. as of 5/2/2014) | - | 604,523.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          604,523.00
(Total of this page)

Sheet    1    of    3    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    GlassHouse Technologies, Inc.                                        Case No.   14-41352 (MSH)
                                                                     ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Pre-paid expenses (See Attachment) $51,468 (est. as of 2/28/2014) | - | 51,468.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous computer equipment (laptops, monitors, servers) in possession of secured creditor Wellington Financial $25,000 (est. as of 5/2/2014) | - | 25,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        76,468.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   GlassHouse Technologies, Inc.                                    Case No.   14-41352 (MSH)
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 798,880.92 |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Schedule B**
**Question #3**

| GlassHouse Technologies Inc. | | | | 12240-ST / 17550-LT | 11850 |
|---|---|---|---|---|---|
| Security Deposit Leadsheet (GL 12240/17550) | | | | | |
| 2/28/2014 | | | ST | 30,125.00 | - |
| Existing Balances | | | LT | 66,583.92 | |
| | | | | 96,708.92 | - |

| Date | 1850 Vendor | Amount | State | 12240│ 17550│ 11850 Location | Notes |
|---|---|---|---|---|---|
| 8/29/2013 | Health Equity | $    5,125.00 | | FSA 2013-2014 replenshiment | 2013-2014 FSA deposit |

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2012 | Ferris Development 352 Turnpike Road LL | $51,583.92 | MA | 352  Turnpike Rd, Southborough, MA | MA New office |
| 10/26/2010 | MacGregor American LLC | $    25,000.00 | NC | Suite# 150 500 Gregson Drive Cary, NC.  27511 | NC Ofice |
| 3/19/2009 | MB Real Estate LLC | $    15,000.00 | IL | 500 West  Madison St, Chicago, IL | Rapid Ap Office |

Secuirty Deposits - LT (17550)          $91,583.92

**Schedule B**
**Question #9**

GlassHouse Technologies, Inc.
Summary of Insurance Premiums
Policy Period 2013/2014

| POLICY | POLICY # | POLICY TERM | BROKER | INSURER | 2013/2014 PREMIUM | 2012/2013 PREMIUM |
|---|---|---|---|---|---|---|
| *US/AU* | | | | | | |
| General Liability | 5093496453 | 6/1/2013 - 6/1/2014 | Marsh | Valley Forge Insurance Company | $ 6,471 | $ 6,861 |
| Automobile Liability | 5093496436 | 6/1/2013 - 6/1/2014 | Marsh | Continental Casualty Company | $ 2,232 | $ - |
| Workers' Compensation - AOS | 5093496467 | 6/1/2013 - 6/1/2014 | Marsh | Continental Casualty Company | $ 23,458 | $ 34,651 |
| Workers' Compensation - CA | 5093496470 | 6/1/2013 - 6/1/2014 | Marsh | Continental Casualty Company | $ 1,494 | $ - |
| Foreign Casualty Package | WP593261390 | 6/1/2013 - 6/1/2014 | Marsh | Continental Casualty Company | $ 5,925 | $ 20,950 |
| *Domestic & International Casualty* | | | | | $ 3,425 | $ 17,960 |
| *Australia* | | | | | $ 2,500 | $ 2,990 |
| Umbrella Liability | 5093496422 | 6/1/2013 - 6/1/2014 | Marsh | National Fire Insurance Company of Hartford | $ 10,462 | $ 6,925 |
| Property | 5093496453 | 6/1/2013 - 6/1/2014 | Marsh | Valley Forge Insurance Company | $ 6,102 | $ 1,546 |
| D&O/EPL/Fiduciary | 24205120 | 6/1/2013 - 6/1/2014 | Marsh | National Union Fire Insurance Company of Pittsburgh, PA | $ 151,956 | $ 148,387 |
| *Directors & Officers (D&O)* | | | | | $ 128,263 | $ 128,238 |
| *Employment Practices Liability (EPL)* | | | | | $ 19,899 | $ 16,330 |
| *Fiduciary* | | | | | $ 3,794 | $ 3,819 |
| Digital Technology & Professional Liability | G24945170004 | 5/15/2013 - 6/1/2014 | Hays | ACE American Insurance Company | $ 68,901 | $ 66,948 |
| Crime | 8168-7742 | 6/1/2013 - 6/1/2014 | Hays | Chubb | $ 13,061 | $ 13,400 |
| Kidnap Ransom & Extortion | 8168-7742 | 6/1/2013 - 6/1/2014 | Hays | Chubb | $ 1,287 | $ 1,200 |
| | | | | | $ 291,349 | $ 300,868 |
| *UK* | | | | | | |
| Employers' Liability | 054/2C01/EU796335/1 | 3/1/2013 - 6/1/2014 | Marsh | Zurich Insurance | £21,245 | £21,320 |
| Public & Products Liability | 057/2C01/GW796353/9 | 3/1/2013 - 6/1/2014 | Marsh | Zurich Insurance | £3,617 | £0 |
| Computer Policy | TBD | 3/1/2013 - 6/1/2014 | Marsh | Royal Sun Alliance | £511 | £0 |
| Personal Accident/Travel | | | | | £1,035 | £0 |
| | | | | | £26,408 | £21,320 |

**Schedule B**
**Question #21**

Glasshouse Technologies Inc.
Pre-Paid Expenses Detail
February 28, 2014

Threshold for PPD Expenses: > $5K/Year & >3 Mo amortization

| Vendor | Invoice | GL Account | Start Date | End Date | # of Months | Remaining Months | Invoice Amount | Monthly Amortization | Jan-14 Balance | Jan-14 Additions | Jan-14 Expense | Jan-14 Balance | Feb-14 Additions | Feb-14 Expense | Feb-14 Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3rd Party Fees** | | | | | | | | | | | | | | | |
| Aptare | 2007653 | 62100 - 3rd Party Fees | 4/1/2013 | 3/31/2014 | 12 | 2.0 | 34,560.00 | 2,880.00 | 8,640 | | (2,880.00) | 5,760 | | (2,880.00) | 2,880 |
| **Insurance** | | | | | | | | | | | | | | | |
| AFCO/MARSH | See prepaid | 68200 - Insurance | 6/1/2013 | 5/31/2014 | 12 | 0.5 | 211,950.30 | 17,662.53 | 24,458 | 15,964 | (17,662.53) | 22,759 | 15,964 | (17,662.53) | 21,060 |
| The Hartford | 2/20/2013 | 68200 - Insurance | 1/20/2013 | 6/1/2013 | 6 | - | 21,320.77 | | - | | - | - | | (2,660.62) | (2,661) |
| **Opex** | | | | | | | | | | | | | | | |
| Dice Holdings, Inc | | 64400-Recruitment - HR | 6/27/2013 | 6/26/2014 | 12 | 5.0 | 7,372.00 | 614.33 | 3,687 | | (614.33) | 3,073 | | (614.33) | 2,458 |
| **Software Tools & Fees** | | | | | | | | | | | | | | | |
| Salesforce | 5012555 | 68700 - Software Fees & Tools | 6/27/2013 | 6/26/2014 | 12 | 6.0 | 62,302.01 | 5,191.83 | 36,343 | | (5,191.83) | 31,151 | | (5,191.83) | 25,959 |
| E*Trade Financial | 209935 | 68700 - Software Fees & Tools | 5/1/2013 | 4/30/2014 | 12 | 3.0 | 10,625.00 | 885.42 | 3,542 | | (885.42) | 2,656 | | (885.42) | 1,771 |
| | | | | | | | | | | | | | | | 51,468 |

B6C (Official Form 6C) (4/13)

In re   GlassHouse Technologies, Inc. _____,     Case No.   14-41352 (MSH) _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| NONE. | | | |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   GlassHouse Technologies, Inc.                                    Case No.   14-41352 (MSH)
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Loan plus accrued interest incurred 2010 - 2014 (approximate) | | | | | |
| Wellington Financial 333 Bay Street, Suite 1620 Toronto Ontario M5H 2RS CANADA | | - | | | | | | |
| | | | Value $                    Unknown | | | | 12,500,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| 0    continuation sheets attached | | | Subtotal (Total of this page) | | | | 12,500,000.00 | 0.00 |
| | | | Total (Report on Summary of Schedules) | | | | 12,500,000.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    GlassHouse Technologies, Inc. _____ ,    Case No. ___14-41352 (MSH)___
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

     __2__ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   GlassHouse Technologies, Inc. _____,   Case No. __14-41352 (MSH)__
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Jay Seaton 14 Mitchell Grant Way Bedford, MA 01730 | | - | Severance $95,000 COBRA $4,830 | | | | 99,830.00 | 87,355.00 | 12,475.00 |
| Account No. Jeff Wakely 22 Bretts Farm Road Norfolk, MA 02056 | | - | Retention bonus earned $150,000 Severance $130,000 COBRA $6,967 | | | | 286,967.00 | 274,492.00 | 12,475.00 |
| Account No. Mark Chiplock 5 Wildebrook Road Medway, MA 02053 | | - | Retention bonus earned $75,000 Severance $97,000 COBRA $6,967 | | | | 178,967.00 | 166,492.00 | 12,475.00 |
| Account No. Robert Bongi 6 Rockland Road Westborough, MA 01581 | | - | Retention bonus earned $115,000 Severance $112,500 COBRA $6,967 | | | | 234,467.00 | 221,992.00 | 12,475.00 |
| Account No. Steve Sharp 31 Brooks Street Winchester, MA 01890 | | - | Retention bonus earned $240,000 Severance $150,000 COBRA $6,967 | | | | 396,967.00 | 384,492.00 | 12,475.00 |

Sheet  1  of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | | 1,134,823.00 |
| (Total of this page) | 1,197,198.00 | 62,375.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    GlassHouse Technologies, Inc. _____,    Case No.  14-41352 (MSH) _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | CAD $49,551.35 | | | | | | |
| Canada Revenue Agency 333 Laurier Avenue West Ottawa ON  K1A 0L9 CANADA | - | | | | | | 46,182.00 | 0.00 | 46,182.00 |
| Account No. | | | | | | | | | |
| Internal Revenue Service James Spinale, MS 20800 JFK Federal Building PO Box 9112 Boston, MA 02203 | - | | | | | | 32,808.92 | 0.00 | 32,808.92 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 78,990.92 |
| | Total | 1,134,823.00 |
| | (Report on Summary of Schedules) | 1,276,188.92 |

Subtotal amounts entitled to priority: 78,990.92
Total entitled to priority: 141,365.92

B6F (Official Form 6F) (12/07)

In re   GlassHouse Technologies, Inc.
_____,          Case No.   14-41352 (MSH)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Accountemps 60 Temple Place 3rd Floor Boston, MA 02111 | | - | | | | | | 12,166.25 |
| Account No. | | | | | | | | |
| Adam Rose 2091 Timber Ridge Drive Frisco, TX 75034 | | - | | | | | | 30,400.00 |
| Account No. | | | | | | | | |
| American Express 300 S. Riverside Plaza, 9th Floor REMIT PROS CTR Chicago, IL 60606 | | - | | | | | | 21,786.53 |
| Account No. | | | | | | | | |
| AnswerMTI 1995 Drachten Dr SE Atlanta, GA 30339 | | - | | | | | | 141.98 |
| | | | | | | | Subtotal (Total of this page) | 64,494.76 |

  16   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   GlassHouse Technologies, Inc. _____,    Case No.   14-41352 (MSH)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| APTARE Incorporated 1359 Dell Avenue Campbell, CA 95008 | - | | | | | | | 8,748.95 |
| **Account No.** | | | | | | | | |
| AT&T P.O. Box 78522 Phoenix, AZ 85062 | - | | | | | | | 106.26 |
| **Account No.** | | | | | | | | |
| Autonomy Inc. PO BOx 8374 Pasadena, CA 91109-8374 | - | | | | | | | 20,492.52 |
| **Account No.** | | | | | | | | |
| BDO Two International Place Fourth Floor Boston, MA 02110 | - | | | | | | | 52,668.89 |
| **Account No.** | | | | | | | | |
| BDO Canada LLP 201-252 Pall Mall Street London Ontario N6A 5P6 CANADA | - | | | | | | | 2,820.00 |

Sheet no.  1  of  16  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,836.62

B6F (Official Form 6F) (12/07) - Cont.

In re   GlassHouse Technologies, Inc.                                                    Case No.   14-41352 (MSH)
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Investor Group | | | | | | |
| Bob Davoli, Sigma Partners 20 Custom House Street Suite 830 Boston, MA 02110 | - | | | | | | | 2,333,333.00 |
| Account No. | | | | | | | | |
| BOOMI 801 Cassatt Road Suite 111 Berwyn, PA 19312 | - | | | | | | | 17,850.00 |
| Account No. | | | | | | | | |
| BostonBean 23 Draper Street Woburn, MA 01801 | - | | | | | | | 374.81 |
| Account No. | | | | | | | | |
| Box Inc. 4440 El Camino Real Los Altos, CA 94022 | - | | | | | | | 18,925.78 |
| Account No. | | | | | | | | |
| CA, Inc. 1 Computer Associates Plaza Islandia, NY 11749 | - | | | | | | | 12,000.00 |

Sheet no.   2   of   16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,382,483.59

B6F (Official Form 6F) (12/07) - Cont.

In re  GlassHouse Technologies, Inc.                                    Case No.   14-41352 (MSH)
_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CDW Direct<br>200 N Milwaukee Avenue<br>Vernon Hills, IL 60061 | | - | | | | | 411.99 |
| Account No.<br><br>Charley Lax, Grandbanks Capital<br>65 William Street<br>Suite 330<br>Wellesley Hills, MA 02481 | | - | Investor Group | | | | 389,000.00 |
| Account No.<br><br>Colin Bryant, Paladin<br>2020 K Street NW<br>Suite 400<br>Washington, DC 20006 | | - | Investor Group | | | | 389,000.00 |
| Account No.<br><br>Compuware Corporation<br>404 Wyman Street<br>Suite 500<br>Waltham, MA 02451 | | - | | | | | 44,625.00 |
| Account No.<br><br>Corporate Executive Board<br>1919 North Lynn Street<br>Arlington, VA 22209 | | - | | | | | 7,750.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        830,786.99

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  GlassHouse Technologies, Inc.                                    ,          Case No.    14-41352 (MSH)
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CT Corporation System<br>Boston Corporate Service Center<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110 | - | | | | | | 1,451.24 |
| Account No.<br><br>Dell Business Credit<br>Dept. 50-029235846<br>Des Moines, IA 50368-9020 | - | | | | | | 35,000,000.00 |
| Account No.<br><br>Dell Perot Systems<br>David Taywick<br>Corporate Development<br>2300 W. Plano Parkway<br>Plano, TX 75075 | - | | | | | | 25.00 |
| Account No.<br><br>Digital Warehouse USA, Inc.<br>989 Avenue of the Americas<br>New York, NY 10018 | - | | | | | | 3,431.00 |
| Account No.<br><br>DLA Piper LLP<br>33 Arch Street<br>26th Floor<br>Boston, MA 02110 | - | | | | | | 87,653.70 |

Sheet no.  4  of  16  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,092,560.94

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc.                                    Case No.    14-41352 (MSH)
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| DLG Results 8 West Street Worcester, MA 01609 | | - | | | | | 6,000.00 |
| Account No. | | | | | | | |
| FedEx U.S. Collections Dept. PO Box 371461 Pittsburgh, PA 15250 | | - | | | | | 328.39 |
| Account No. | | | | | | | |
| Fenway Consulting Group, LLC 3 Newton Executive Park Suite 106 Newton Lower Falls, MA 02462 | | - | | | | | 36,090.00 |
| Account No. | | | | | | | |
| Food Express, Inc. 521 N. First Avenue Arcadia, CA 91006 | | - | | | | | 1,420.79 |
| Account No. | | | | | | | |
| Gartner Inc. 56 Top Gallant Road Stamford, CT 06902 | | - | | | | | 22,500.00 |

Sheet no.  5  of  16  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    66,339.18

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc.                                          Case No.    14-41352 (MSH)
_____ ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Graybar Financial Services 11885 Lackland Road Saint Louis, MO 63146 | - | | | | | | | 2,028.76 |
| Account No. | | | | | | | | |
| GTC Law Group LLC & Affiliates 400 Blue Hill Drive Suite 2 Westwood, MA 02090 | - | | | | | | | 2,850.00 |
| Account No. | | | | | | | | |
| Gunderson Dettmer One Marina Park Drive Suite 900 Boston, MA 02210 | - | | | | | | | 32,342.53 |
| Account No. | | | | | | | | |
| Hamilton, Brook, Smith & Reynolds, P.C. 155 Seaport Boulevard Boston, MA 02210 | - | | | | | | | 3,237.68 |
| Account No. | | | | | | | | |
| Health Equity Inc. 15 W. Scenic Pointe Drive Suite 100 Draper, UT 84020 | - | | | | | | | 1,561.00 |

Sheet no.  6  of  16  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            42,019.97

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc.                                     Case No.    14-41352 (MSH)
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>IntraLinks, Inc.<br>The Schrafft Center<br>529 Main Street<br>Charlestown, MA 02129 | - | | | | | | 4,000.00 |
| Account No.<br><br>Jay Seaton<br>14 Mitchell Grant Way<br>Bedford, MA 01730 | - | | COBRA obligation $4,803<br>Contractual Severance $95,000 | | | | 99,803.00 |
| Account No.<br><br>Jeff Wakely<br>22 Bretts Farm Road<br>Norfolk, MA 02056 | - | | Contractual Severance $130,000<br>COBRA obligation $6,967<br>Management Retention Bonus $150,000 | | | | 286,967.00 |
| Account No.<br><br>KimRuch Consulting, LLC<br>10460 Dexter Court<br>Powell, OH 43065 | - | | | | | | 3,760.00 |
| Account No.<br><br>King & Bishop<br>333 Wyman Street<br>Suite 175<br>Waltham, MA 02451 | - | | | | | | 9,031.25 |

Sheet no. _7_ of _16_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    403,561.25

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc. _____,    Case No.   14-41352 (MSH)
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Knight's Airport Limousine Service Inc.<br>390 Hartford Turnpike<br>Shrewsbury, MA 01545 | | - | | | | | 159.00 |
| Account No.<br><br>Leon Cosgrove, LLC<br>255 Alhambra Circle<br>Suite 424<br>Miami, FL 33134 | | - | | | | | 17,556.22 |
| Account No.<br><br>Leslie Creedy<br>1 State Street<br>Suite 1125<br>Boston, MA 02109 | | - | | | | | 3,725.00 |
| Account No.<br><br>Lou Volpe, Kodiak Ventures<br>80 William Street<br>Wellesley Hills, MA 02481 | | - | Investor Group | | | | 389,000.00 |
| Account No.<br><br>M Law Group | | - | | | | | 300.43 |

Sheet no.  8   of  16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

410,740.65

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc. _____    Case No.   14-41352 (MSH)
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| March Communications 226 Causeway Street Boston, MA 02114 | | - | | | | | | | 7,019.14 |
| Account No. | | | | | COBRA obligation $6,967 Contractual Severance $97,000 Management Retention Bonus $75,000 | | | | |
| Mark Chiplock 5 Wildebrook Road Medway, MA 02053 | | - | | | | | | | 178,967.00 |
| Account No. | | | | | | | | | |
| Marsh USA, Inc. 99 High Street Boston, MA 02110 | | - | | | | | | | 166,250.00 |
| Account No. | | | | | | | | | |
| MG Capital Maintenance, Inc. 110D Pheasant Wood Ct Morrisville, NC 27560 | | - | | | | | | | 1,950.00 |
| Account No. | | | | | | | | | |
| Michael R. Rooney 34 Westland Avenue Westwood, MA 02090 | | - | | | | | | | 18,600.00 |

Sheet no.   9   of   16   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        372,786.14

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   GlassHouse Technologies, Inc. _____,     Case No. ___14-41352 (MSH)____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Minuteman Press of Marlboro <br> 286 W Main Street <br> Marlborough, MA 01752 | - | | | | | | 82.88 |
| Account No. <br><br> Monster WorldWide, Inc. <br> 133 Boston Post Road <br> Weston, MA 02493 | - | | | | | | 297.64 |
| Account No. <br><br> NCR Corporation <br> 3097 SATELLITE BLVD <br> Duluth, GA 30096-1242 | - | | | | | | 40,900.50 |
| Account No. <br><br> NCR Francs S.N.C. <br> 11 rue du Chemin des Femmes <br> Massy Cedex <br> Massy, 91749 <br> FRANCE | - | | | | | | 157.50 |
| Account No. <br><br> NCR Limited <br> 206 Marylebone Road <br> London,  NW1 6LY <br> UK | - | | | | | | 330.75 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          41,769.27

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc.                                                    Case No.    14-41352 (MSH)
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Nimsoft Inc. 724 Whalers Way # I200 Fort Collins, CO 80525 | - | | | | | | | 141,353.45 |
| Account No. | | | | | | | | |
| Paetec 230 Congress Street Boston, MA 02110 | - | | | | | | | 19,252.29 |
| Account No. | | | | | | | | |
| Phaedrus Technologies Ltd. 317 West 100th Street Suite 1R New York, NY 10025 | - | | | | | | | 5,250.00 |
| Account No. | | | | | | | | |
| Piedmont Air Conditioning 616 Manufacturers Road Greensboro, NC 27406 | - | | | | | | | 1,113.00 |
| Account No. | | | | | | | | |
| Pitney Bowes Global Financial Services PO Box 856460 Louisville, KY | - | | | | | | | 246.22 |

Sheet no.  11  of  16  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     167,214.96

B6F (Official Form 6F) (12/07) - Cont.

In re   GlassHouse Technologies, Inc. _____,        Case No. _14-41352 (MSH)_
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Poland Spring <br> PO Box 856192 <br> Louisville, KY 40285 | | - | | | | | 262.46 |
| Account No. <br><br> Purchase Power <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | | - | | | | | 92.41 |
| Account No. <br><br> Rene Gamache <br> G Tech Knowledge Inc. <br> 219  Graham Place, Sherwood Park <br> Alberta T8A 3N8 <br> CANADA | | - | | | | | 3,801.57 |
| Account No. <br><br> Robert Bongi <br> 6 Rockland Road <br> Westborough, MA 01581 | | - | COBRA obligation $6,967 <br> Contractual severance $112,500 <br> Management retention bonus $115,000 | | | | 234,467.00 |
| Account No. <br><br> Robert McMahon | | - | | | | | 150.00 |

Sheet no. _12_ of _16_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      238,773.44

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    GlassHouse Technologies, Inc. _____,    Case No. ___14-41352 (MSH)____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Salesforce.com 470 Atlantic Avenue 4th Floor Boston, MA 02210 | - | | | | | | | 1,115.63 |
| Account No. | | | | | | | | |
| Sedgwick Claims Management P.O. Box 171865 Memphis, TN 38187-1865 | - | | | | | | | 320.00 |
| Account No. | | | | | | | | |
| Servicenow, Inc. 300 Fifth Avenue Waltham, MA 02451 | - | | | | | | | 99,323.13 |
| Account No. | | | | | | | | |
| Steve Sharp 31 Brooks Street Winchester, MA 01890 | - | | | COBRA obligation $6,967 Contractual severance $150,000 Management retention bonus $240,000 | | | | 396,967.00 |
| Account No. | | | | | | | | |
| Stowe & Degon LLC 95A Turnpike Road Westborough, MA 01581 | - | | | | | | | 16,500.00 |

Sheet no. _13_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    514,225.76

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **GlassHouse Technologies, Inc.**                                           Case No.   14-41352 (MSH)
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Strategic Placement Services<br>890 Winter Street<br>Suite 180<br>Waltham, MA 02451-1490 | | - | | | | | 3,075.00 |
| Account No.<br><br>Sunil Mangam<br>2207 Concord Pike 161<br>Wilmington, DE 19803 | | - | | | | | 12,400.00 |
| Account No.<br><br>The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155 | | - | | | | | 2,188.83 |
| Account No.<br><br>TM Capital Corp.<br>200 Clarendon Street<br>Boston, MA 02116 | | - | | | | | 17,094.26 |
| Account No.<br><br>Truescreen, Inc.<br>251 Veterans Way<br>Warminster, PA 18974 | | - | | | | | 770.20 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35,528.29

B6F (Official Form 6F) (12/07) - Cont.

In re   GlassHouse Technologies, Inc.                                     Case No.   14-41352 (MSH)
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170 | | - | | | | | 5.91 |
| Account No.<br><br>Verizon<br>P.O. Box 28007<br>Lehigh Valley, PA 16002 | | - | | | | | 211.84 |
| Account No.<br><br>Verizon Business<br>24977 Network Place<br>Chicago, IL 60673-1249 | | - | | | | | 13,584.37 |
| Account No.<br><br>W.B. Mason<br>P.O. Box 981101<br>Boston, MA 02298-1101 | | - | | | | | 793.68 |
| Account No.<br><br>Western Equipment Finance<br>503 Highway 2 West<br>Devils Lake, ND 58301 | | - | | | | | 1,722.58 |

Sheet no.   15   of   16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,318.38

B6F (Official Form 6F) (12/07) - Cont.

In re   GlassHouse Technologies, Inc. _____,      Case No.   14-41352 (MSH)
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Xynergy Commercial Capital LLC 1451 W Cypress Creek Road Suite 201 Fort Lauderdale, FL 33309 | | - | | | | | 25,250.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 25,250.00 |
| Total (Report on Summary of Schedules) | | 40,789,690.19 |

he

B6G (Official Form 6G) (12/07)

In re    GlassHouse Technologies, Inc. _____,    Case No.    14-41352 (MSH) _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CHI Networks | Sublease Chicago, IL office |
| Ferris Capital, LLC<br>325 Donald Lynch Boulevard<br>Suite 200<br>Marlborough, MA 01752 | Southborough, MA Office Lease |
| KBS III 500 West Madison, LLC<br>c/o Andy Romay, Esq.<br>Mayer Brown LLP<br>700 Louisana Street, Suite 3400<br>Houston, TX 77002 | Successor in interest to UST-GEPT Joint Venture, L.P.<br><br>Chicago, IL office lease |
| MacGregor American, LLC<br>c/o Capital Associates<br>1255 Crescent Green<br>Suite 300<br>Cary, NC 27518 | Cary, NC office lease |

0
___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    GlassHouse Technologies, Inc.                                                    Case No.    14-41352 (MSH)
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    GlassHouse Technologies, Inc.

Debtor(s)

Case No.    **14-41352 (MSH)**
Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _July 11, 2014_

Signature _____

Stephen Sharp
CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.